1 **LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
2 225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
3 Telephone: (626) 449-1882
Facsimile:  (626) 449-1958
4 decker@luch.com

JS-6

5
Counsel for Plaintiff,
6 Trustees of the Operating Engineers Pension Trust

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11 TRUSTEES OF THE OPERATING
ENGINEERS PENSION TRUST,
 | CASE NO.: CV11-01738 ODW (JEMx)

12
                    Plaintiff,       | **JUDGMENT**
13
          v.
14
   HECTOR DELOZA, JR., an individual,
15
                    Defendant.
16

17

18 **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff, Trustees of

19 the Operating Engineers Pension Trust shall recover from defendant Hector DeLoza,

20 Jr., an individual, the principal amount of $14,814.68, attorney's fees of $8,092.50

21 and costs of $468.91, plus post-judgment interest as provided by law from the date of

22 entry of the judgment herein.

23

24 Dated: 10/13/11

25 _____
UNITED STATES DISTRICT JUDGE

26

27

28

1
JUDGMENT