1
**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387

2
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030

3
Telephone: (626) 449-1882
Facsimile:  (626) 449-1958

4
decker@luch.com

5
JS-6

6
Counsel for Plaintiff,
Trustees of the Operating Engineers Pension Trust

7

8
UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10

11
TRUSTEES OF THE OPERATING
ENGINEERS PENSION TRUST,

CASE NO.: CV11-01738 ODW (JEMx)

12

13
Plaintiff,

**JUDGMENT**

14
v.

15
HECTOR DELOZA, JR., an individual,

16
Defendant.

17

18
    **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff, Trustees of

19
the Operating Engineers Pension Trust shall recover from defendant Hector DeLoza,

20
Jr., an individual, the principal amount of $14,814.68, attorney's fees of $8,092.50

21
and costs of $468.91, plus post-judgment interest as provided by law from the date of

22
entry of the judgment herein.

23

24
Dated:  10/13/11

25
UNITED STATES DISTRICT JUDGE

26

27

28